**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**


**AARON RAMOS,**

       **Plaintiff,**

**v.**                                  **No. CIV-11-00620 LAM/WPL**

**VILLAGE OF RUIDOSO, a New Mexico
Municipal Corporation and MATT
CHRISTIAN, individually and in his capacity
as a Village of Ruidoso Police Officer,**

       **Defendants.**


**DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**


COME NOW Defendants, by and through their attorneys of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans, Carla Neusch Williams and Barbara Smith-Duer and, for their Answer to Plaintiff's Amended Complaint, state:


**FIRST DEFENSE**

1.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in the Amended Complaint's "Introduction", as well as Paragraphs 1, 9, 10, 11, 12, 13, 14 and 16 of Plaintiff's Amended Complaint, and therefore deny same.

2. Defendants admit the material allegations contained in Paragraphs 2, 5, 6, 7, 8 and 38 of Plaintiff's Amended Complaint.

3. Defendants deny the material allegations contained in Paragraphs 3, 15, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 32, 34, 35, 36 and 37 of Plaintiff's Amended Complaint, as well as Plaintiff's prayer for relief.

4. In response to the material allegations contained in Paragraph 4 of Plaintiff's Amended Complaint, Defendants admit the material allegations contained in the first sentence of said paragraph, and deny the remaining material allegations.

5. In response to the material allegations contained in Paragraph 17 of Plaintiff's Amended Complaint, Defendants admit that Defendant Matt Christian was not reprimanded or corrected, and otherwise deny the material allegations contained in said paragraph.

6. In response to Paragraph 25 of Plaintiff's Amended Complaint, Defendants restate each of their responses to Paragraphs 1 – 24 of Plaintiff's Amended Complaint, as though fully set forth herein.

7. In response to Paragraph 31 of Plaintiff's Amended Complaint, Defendants restate each of their responses to Paragraphs 1 – 31 of Plaintiff's Amended Complaint, as though fully set forth herein.

8. The information contained in Paragraph 33 of Plaintiff's Amended Complaint is a mere expression of law, thus requiring no response from Defendants. To the extent any response to the information contained in said paragraph may be required of Defendants, they deny the paragraph.

9.      Any material allegations contained in Plaintiff's Amended Complaint not specifically addressed by the preceding responses are hereby denied.

## SECOND DEFENSE

10.     Under the principles of comparative fault and several liability, Defendants only responsible for their proportionate share of negligence or fault, if any.

## THIRD DEFENSE

11.     Plaintiff may have failed to mitigate his damages.

## FOURTH DEFENSE

12.     Defendants believed in good faith that their actions were lawful, and such belief was reasonable, thereby entitling them to qualified immunity.

## FIFTH DEFENSE

13.     Any claims Plaintiff purports to set forth under New Mexico common law are subject to all of the rights, obligations, defenses, limitations, caps and immunities set forth in the New Mexico Tort Claims Act, NMSA 1978 §§41-4-1 et seq.

## SIXTH DEFENSE

14.     To the extent Plaintiff purports to assert any claim under New Mexico common law, the New Mexico Tort Claims act bars any claims for exemplary/punitive

damages and/or attorneys fees.

## SEVENTH DEFENSE

15.   To the extent Plaintiff purports to assert any claim under New Mexico common law, such claims are subject to the damages cap of the New Mexico Tort Claims Act.

## EIGHTH DEFENSE

16.   Plaintiff's Amended Complaint fails, in one or more respects, to state a claim upon which relief may be granted.

## NINTH DEFENSE

17.   Plaintiff may have failed to give proper and timely notice under the New Mexico Tort Claims Act.

## TENTH DEFENSE

18.   To the extent Plaintiff purports to assert any claim under New Mexico common law, there is no waiver of sovereign immunity under the New Mexico Tort Claims Act for claims against Defendants, and the doctrine of sovereign immunity bars Plaintiff's claims against Defendants.

19.   Defendants reserves the right to raise and assert additional affirmative

defenses as their applicability may be revealed through ongoing investigation and discovery.

## JURY DEMAND

Defendants demand a trial by jury on all issues so triable.

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendants pray that Plaintiff's Complaint be dismissed with prejudice, that Plaintiff take nothing thereby, that Defendants recover their taxable costs incurred, including attorneys fees if applicable, and for such other and further legal and equitable relief as the Court may deem just and proper.

Respectfully submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By  **Electronically Filed on 10/31/11**
     Bryan Evans
     Carla Williams
     Barbara Smith-Duer
     Post Office Drawer 700
     Roswell, NM 88202-0700
     (575) 622-6221
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2011, I filed the foregoing electronically through the CM/ECF system, which caused Plaintiff's counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**Electronically Filed on 10/31/11**
Bryan Evans

---