**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Before the Honorable William P. Lynch, United States Magistrate Judge**

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | Ramos v. Village of Ruidoso, et al. |
| **Case No.:** | 11cv620 MCA/WPL |
| **Date:** | December 19, 2011 |
| **Attorney for Plaintiff:** | John R. Beauvais |
| **Attorney for Defendants:** | Bryan D. Evans |
| **Clerk:** | epc |
| **Type of Proceeding:** | Initial Scheduling Conference |
| *Proceedings Commenced:* | 8:30 a.m. |
| *Court in Recess:* | 8:43 a.m. |
| Total Time: | **13 minutes** |
| **Proceedings:** | The Court adopted the Joint Status Report and set pretrial deadlines. The Court will set a status conference and a settlement conference. |