# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

AARON RAMOS

     Plaintiff,                                    CIV-11-620 LAM/WPL

Vs.

VILLAGE OF RUIDOSO, a New Mexico Municipal
Corporation and MATT CHRISTIAN, individually
And in his capacity as a Village of Ruidoso
Police Officer

## CERTIFICATE OF MAILING

     I hereby certify a true and correct copy of Plaintiff's First Set of
Interrogatories; Requests for Admissions and Requests for Production was mailed
to Mr. Bryan Evans, P.O. Box 700, Roswell, New Mexico 88202 this 2nd day of
January, 2012.


                                        //s//  J. Robert Beauvais

                                        J. Robert Beauvais