# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

**Case:** Ramos v. Village of Ruidoso, et al.

**Case No.:** 11cv620 MCA/WPL

**Date:** February 9, 2012

**Attorney for Plaintiff:** John R. Beauvais

**Attorney for Defendants:** Bryan D. Evans

**Clerk:** epc

**Type of Proceeding:** Status Conference

*Proceedings Commenced:* 9:35 a.m.
*Court in Recess:* 9:38 a.m.
Total Time: **3 minutes**

**Proceedings:** Status conference held.