**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

AARON RAMOS,

       Plaintiff,

v.                                          CV 11-0620 MCA/WPL

VILLAGE OF RUIDOSO, *a New Mexico Municipal Corporation*, and MATT CHRISTIAN,

       Defendants.

**ORDER TO FILE CLOSING DOCUMENTS**

The parties have advised the Court that they have reached a negotiated resolution of this matter.  IT IS THEREFORE ORDERED that:

1) closing documents must be filed no later than **March 14, 2012**; and

2) all settings in this case before United States Magistrate Judge William P. Lynch are vacated (all other settings shall remain the same unless otherwise notified by the presiding judge).

IT IS SO ORDERED.

                                    _____
                                     William P. Lynch
                                   United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.