**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

**AARON RAMOS,**

       **Plaintiff,**

**v.**                                 **No. CIV-11-00620 MCA/WPL**

**VILLAGE OF RUIDOSO, a New Mexico
Municipal Corporation and MATT
CHRISTIAN,**

       **Defendants.**

### STIPULATION OF VOLUNTARY DISMISSAL

COME NOW the parties, by and through their counsel of record and, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with

prejudice, of Defendant Matt Christian.

Respectfully submitted,

J. ROBERT BEAUVAIS, P.A.

By_____
     J. Robert Beauvais
     P.O. Box 2408
     Ruidoso, NM 88345
     (575) 257-6321
*Attorney for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By_____
    Bryan Evans
    Post Office Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants*